1  **BRYAN CAVE LLP**
   Jonathan Pink (California Bar No. 179685)
2  3161 Michelson Drive, Suite 1500
   Irvine, California 92612-4414
3  Telephone: (949) 223-7000
   Facsimile: (949) 223-7100
4  E-mail:    jonathan.pink@bryancave.com

5  **BRYAN CAVE LLP**
   Kara E. F. Cenar *(Pro Hac Vice Pending)*
6  Mariangela M. Seale *(Pro Hac Vice Pending)*
   161 North Clark Street, Suite 4300
7  Chicago, Illinois 60601-3315
   Telephone: (312) 602-5000
8  Facsimile: (312) 602-5050
   E-mail:    kara.cenar@bryancave.com
9             merili.seale@bryancave.com

10 Attorneys for Defendants WILL ADAMS (sued as WILL ADAMS,
   p/k/a will.i.am, individually and d/b/a WILL.I AM MUSIC PUBLISHING);
11 ALLAN PINEDA (sued as ALLAN PINEDA, p/k/a apl.de.ap, individually
   and d/b/a JEEPNEY MUSIC PUBLISHING, an individual); JAIME GOMEZ
12 (sued as JAIME GOMEZ, p/k/a Taboo, individually and d/b/a NAWASHA
   NETWORKS PUBLISHING, an individual); STACY FERGUSON (sued as
13 STACY FERGUSON, p/k/a Fergie)

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE CLINTON, an individual,<br><br>Plaintiff,<br><br>v.<br><br>WILL ADAMS, p/k/a will.i.am, individually and d/b/a WILL.I AM MUSIC PUBLISHING; ALLAN PINEDA, p/k/a apl.de.ap, individually and d/b/a JEEPNEY MUSIC PUBLISHING, an individual; JAIME GOMEZ, p/k/a Taboo, individually and d/b/a NAWASHA NETWORKS PUBLISHING, an individual; STACY FERGUSON, p/k/a Fergie, an individual; GEORGE PAJON, JR., an individual; JOHN CURTIS, an individual; UNIVERSAL MUSIC GROUP, INC., a Delaware corporation; UMG RECORDINGS, INC., a Delaware corporation; and WILL I AM MUSIC, INC., a California corporation; CHERRY | Case No. CV10-9476 ODW (PLAx)<br><br>Hon. Otis D. Wright, II<br>Courtroom 11<br><br>**STIPULATION TO EXTEND DEFENDANTS' DEADLINE FOR FILING A RESPONSE TO PLAINTIFF'S COMPLAINT BY SIXTY DAYS PURSUANT TO LOCAL RULES 7-1 AND 8-3**<br><br>Complaint Filed: December 10, 2010<br>Trial Date: Not Assigned |

IR01DOCS471351.1

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6 | LANE MUSIC PUBLISHING COMPANY, INC., a New York corporation; EL CUBANO MUSIC, INC., a California corporation; EMI BLACKWOOD MUSIC, INC., a Connecticut corporation; TAB MAGNETIC, INC., a California corporation; and DOES 1 through 10,<br><br>                    Defendants. |

      Plaintiff GEORGE CLINTON ("Plaintiff") and Defendants WILL ADAMS, ALLAN PINEDA, JAIME GOMEZ and STACY FERGUSON (collectively, "Defendants") enter into the following stipulation pursuant to Local Rules 7-1 and 8-3 of the United States District Court for the Central District of California:

      WHEREAS Plaintiff filed the Complaint in Case No. CV10-9476-ODW-PLAx (the "Complaint") on or about December 10, 2010;

      WHEREAS Plaintiff served the Complaint on JAIME GOMEZ on or about December 21, 2010;

      WHEREAS Plaintiff and Defendants (the "Parties") have agreed that a consolidated and coordinated response date for all named defendants in this action will allow for more orderly litigation, and permit the Parties to engage in early, information settlement talks;

      WHEREAS counsel for the Defendants listed herein have agreed to accept service on behalf of those Defendants in exchange for a sixty (60) day extension of time in which to respond to the Complaint;

BRYAN CAVE LLP
3161 MICHELSON DRIVE, SUITE 1500
IRVINE, CALIFORNIA 92612-4414

NOW THEREFORE, IT IS HEREBY STIPULATED that the deadline for Defendants to file a response to Plaintiff's Complaint shall be extended by sixty (60) days to March 4, 2011.

Dated: December 31, 2010

**BRYAN CAVE LLP**
Jonathan S. Pink
Kara E. F. Cenar
Mariangela M. Seale

By: /s/ Jonathan S. Pink
Jonathan S. Pink
Attorneys for Defendants
WILL ADAMS; ALLAN PINEDA; JAIME GOMEZ; and STACY FERGUSON

Dated: December 31, 2010

**ALLAN LAW GROUP, P.C.**
Robert J. Allan
Rod Ruminelsburg

By:
Robert J. Allan
Attorneys for Plaintiff
GEORGE CLINTON

IR01DOCS471351.1

3

STIPULATION TO EXTEND DEADLINE