1  **BRYAN CAVE LLP**
   Jonathan Pink (California Bar No. 179685)
2  3161 Michelson Drive, Suite 1500
   Irvine, California 92612-4414
3  Telephone:  (949) 223-7000
   Facsimile:  (949) 223-7100
4  E-mail:     jonathan.pink@bryancave.com

5  **BRYAN CAVE LLP**
   Kara E. F. Cenar *(Pro Hac Vice Pending)*
6  Mariangela M. Seale *(Pro Hac Vice Pending)*
   161 North Clark Street, Suite 4300
7  Chicago, Illinois 60601-3315
   Telephone:  (312) 602-5000
8  Facsimile:  (312) 602-5050
   E-mail:     kara.cenar@bryancave.com
9              merili.seale@bryancave.com

10 Attorneys for Defendants WILL ADAMS (sued as WILL ADAMS,
   p/k/a will.i.am, individually and d/b/a WILL.I AM MUSIC PUBLISHING);
11 ALLAN PINEDA (sued as ALLAN PINEDA, p/k/a apl.de.ap, individually
   and d/b/a JEEPNEY MUSIC PUBLISHING, an individual); JAIME GOMEZ
12 (sued as JAIME GOMEZ, p/k/a Taboo, individually and d/b/a NAWASHA
   NETWORKS PUBLISHING, an individual); STACY FERGUSON (sued as
13 STACY FERGUSON, p/k/a Fergie); WILL.I.AM MUSIC, INC.; CHERRY
   LANE MUSIC PUBLISHING COMPANY, INC.; TAB MAGNETIC, INC.

14
                    **UNITED STATES DISTRICT COURT**
15
                    **CENTRAL DISTRICT OF CALIFORNIA**
16

| | |
|---|---|
| 17  GEORGE CLINTON, an individual, | Case No. CV10-9476 ODW (PLAx) |
| 18              Plaintiff, | Hon. Otis D. Wright, II |
| 19       v. | Courtroom 11 |
| 20  WILL ADAMS, p/k/a will.i.am, individually and d/b/a WILL.I AM MUSIC PUBLISHING; ALLAN PINEDA, p/k/a apl.de.ap, individually and d/b/a JEEPNEY MUSIC PUBLISHING, an individual; JAIME GOMEZ, p/k/a Taboo, individually and d/b/a NAWASHA NETWORKS PUBLISHING, an individual; STACY FERGUSON, p/k/a Fergie, an individual; GEORGE PAJON, JR., an individual; JOHN CURTIS, an individual; UNIVERSAL MUSIC GROUP, INC., a Delaware corporation; UMG RECORDINGS, INC., a Delaware corporation; and WILL I AM MUSIC, | **STIPULATION TO EXTEND DEFENDANTS' DEADLINE FOR FILING A RESPONSE TO PLAINTIFF'S COMPLAINT BY SIXTY DAYS PURSUANT TO LOCAL RULES 7-1 AND 8-3** |
| | Complaint Filed:  December 10, 2010 |
| | Trial Date:       Not Assigned |

IR01DOCS472288.1

STIPULATION TO EXTEND DEADLINE TO
RESPOND TO COMPLAINT

1 | INC., a California corporation; CHERRY LANE MUSIC PUBLISHING
2 | COMPANY, INC., a New York corporation; EL CUBANO MUSIC,
3 | INC., a California corporation; EMI BLACKWOOD MUSIC, INC., a
4 | Connecticut corporation; TAB MAGNETIC, INC., a California
5 | corporation; and DOES 1 through 10,
6 | Defendants.

Plaintiff GEORGE CLINTON ("Plaintiff") and Defendants WILL.I.AM MUSIC, INC.; TAB MAGNETIC, INC. and CHERRY LANE MUSIC PUBLISHING COMPANY, INC. ("Defendants") enter into the following stipulation pursuant to Local Rules 7-1 and 8-3 of the United States District Court for the Central District of California:

WHEREAS Plaintiff filed the Complaint in Case No. CV10-9476-ODW-PLAx (the "Complaint") on or about December 10, 2010;

WHEREAS Plaintiff has served the Complaint on one or more of the Defendants;

WHEREAS Plaintiff and Defendants (the "Parties") have agreed that a consolidated and coordinated response date for all named defendants in this action will allow for more orderly litigation, and permit the Parties to engage in early, information settlement talks;

WHEREAS counsel for the Defendants listed herein have agreed to accept service on behalf of those Defendants in exchange for an extension of time in which to respond to the Complaint;

BRYAN CAVE LLP
3161 MICHELSON DRIVE, SUITE 1500
IRVINE, CALIFORNIA 92612-4414

IR01DOCS472288.1

2

STIPULATION TO EXTEND DEADLINE

NOW THEREFORE, IT IS HEREBY STIPULATED that the deadline for Defendants to file a response to Plaintiff's Complaint shall be extended to March 4, 2011.

Dated: January 5, 2011

**BRYAN CAVE LLP**
Jonathan S. Pink
Kara E. F. Cenar
Mariangela M. Seale

By: */s/ Jonathan S. Pink*
  Jonathan S. Pink
Attorneys for Defendants
WILL ADAMS; ALLAN PINEDA; JAIME GOMEZ; STACY FERGUSON; WILL.I.AM MUSIC, INC.; CHERRY LANE MUSIC PUBLISHING COMPANY, INC.; and TAB MAGNETIC, INC.

Dated: January 5, 2011

**ALLAN LAW GROUP, P.C.**
Robert J. Allan
Rod Rummelsburg

By: */s/ Robert J. Allan*
  Robert J. Allan
Attorneys for Plaintiff
GEORGE CLINTON