# EXHIBIT A

ALLEN B. GRODSKY (SBN 111064)
GRODSKY & OLECKI LLP
2001 Wilshire Blvd., Ste. 210
Santa Monica, California 90403
310.315.3009 (phone)
310.315.1557 (fax)
allen@grodsky-olecki.com (e-mail)

Attorneys for Defendants
WILL ADAMS, et al.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE CLINTON, an individual,<br>Plaintiff,<br>v.<br>WILL ADAMS, p/k/a will.i.am, individually and d/b/a WILL.I.AM MUSIC PUBLISHING, an individual; et al.,<br>Defendants. | Case No. CV 10-9476 ODW (PLAx)<br>Honorable Otis D. Wright II, Ctrm 11<br>**FIRST SET OF REQUESTS FOR ADMISSION PROPOUNDED BY DEFENDANT WILL ADAMS TO PLAINTIFF GEORGE CLINTON** |

PROPOUNDING PARTY: Defendant Will Adams

RESPONDING PARTY: Plaintiff George Clinton

SET NO. One

Pursuant to Rule 36 of the Federal Rules of Civil Procedure, Defendant Will Adams requests that Plaintiff George Clinton respond to the following Requests for Admission within 30 days of service.

**REQUEST NO. 1:**

Admit that YOU authorized the use of a sample of the sound recording "(Not Just) Knee Deep" in the Black Eyed Peas' song "Shut The Phunk Up Remix." (As used in these requests for admission, the terms "YOU" and "YOUR" shall mean and refer to Plaintiff George Clinton.)

**REQUEST NO. 2:**

Admit that YOU spoke with Eban Kelly regarding a license for the use of the sound recording "(Not Just) Knee Deep" in the Black Eyed Peas' song "Shut the Phunk Up Remix."

**REQUEST NO. 3:**

Admit that YOU authorized Eban Kelly to negotiate on YOUR behalf regarding a license for the use of the sound recording "(Not Just) Knee Deep" in the Black Eyed Peas' song "Shut the Phunk Up Remix."

**REQUEST NO. 4:**

Admit that YOU authorized Eban Kelly to communicate to representatives of the Black Eyed Peas that YOU agreed to the terms of a license for use of the sound recording "(Not Just) Knee Deep" in the Black Eyed Peas' song "Shut the Phunk Up Remix."

**REQUEST NO. 5:**

Admit that in 2009, Eban Kelly was authorized to negotiate on YOUR behalf for licenses to use sound recordings owned by YOU.

**<u>REQUEST NO. 6</u>:**

Admit that YOU executed the LICENSE AGREEMENT. (The term "LICENSE AGREEMENT" shall mean and refer to that license agreement attached hereto as Exhibit A.)

**<u>REQUEST NO. 7</u>:**

Admit that YOU approved the terms of the LICENSE AGREEMENT.

**<u>REQUEST NO. 8</u>:**

Admit that YOU authorized Eban Kelly to tell representatives of the Black Eyed Peas that YOU agreed to the terms of the LICENSE AGREEMENT.

**<u>REQUEST NO. 9</u>:**

Admit that YOU authorized the execution of the LICENSE AGREEMENT on YOUR behalf.

**<u>REQUEST NO. 10</u>:**

Admit that the song "Shut the Phunk Up Remix" contains a licensed sample of the sound recording "(Not Just) Knee Deep."

**<u>REQUEST NO. 11</u>:**

Admit that the song "Shut Up Remix" contains a licensed sample of the sound recording "(Not Just) Knee Deep."

**<u>REQUEST NO. 12</u>:**

Admit that YOU are a member of C Kunspyruhzy, LLC.

**REQUEST NO. 13:**

Admit that YOU have an ownership interest in C Kunspyruhzy, LLC.

**REQUEST NO. 14:**

Admit that, in 2009, YOU authorized your son to sign contracts on YOUR behalf.

**REQUEST NO. 15:**

Admit that defendants used the sound recording "(Not Just) Knee Deep" with YOUR permission.

**REQUEST NO. 16:**

Admit that defendant Cherry Lane Music Publishing Company, Inc. did not know that the song "Shut Up Remix" included an unauthorized sample of the sound recording "(Not Just) Knee Deep."

**REQUEST NO. 17:**

Admit that defendant Cherry Lane Music Publishing Company, Inc. did not know that the song "Shut The Phunk Up Remix" included an unauthorized sample of the sound recording "(Not Just) Knee Deep."

**REQUEST NO. 18:**

Admit that defendant George Pajon did not know that the song "Shut Up Remix" included an unauthorized sample of the sound recording "(Not Just) Knee Deep."

**REQUEST NO. 19:**

Admit that defendant George Pajon did not know that the song "Shut The Phunk Up Remix" included an unauthorized sample of the sound recording "(Not Just) Knee Deep."

**REQUEST NO. 20:**

Admit that defendant El Cubano Music, Inc. did not know that the song "Shut Up Remix" included an unauthorized sample of the sound recording "(Not Just) Knee Deep."

**REQUEST NO. 21:**

Admit that defendant El Cubano Music, Inc. did not know that the song "Shut The Phunk Up Remix" included an unauthorized sample of the sound recording "(Not Just) Knee Deep."

**REQUEST NO. 22:**

Admit that defendant EMI Blackwood Music, Inc. did not know that the song "Shut Up Remix" included an unauthorized sample of the sound recording "(Not Just) Knee Deep."

**REQUEST NO. 23:**

Admit that defendant EMI Blackwood Music, Inc. did not know that the song "Shut The Phunk Up Remix" included an unauthorized sample of the sound recording "(Not Just) Knee Deep."

Dated: November 9, 2011

GRODSKY & OLECKI LLP

By [signature]
Allen B. Grodsky

Attorneys for Defendants Will Adams, Jaime Gomez, Allan Pineda, Stacy Ferguson, will.i.am music, inc., Tab Magnetic, Inc., and Cherry Lane Music Publishing Company, Inc.

**PROOF OF SERVICE**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 2001 Wilshire Blvd, Ste. 210, Santa Monica, California 90403.

On November 9, 2011, I served the foregoing document described as: **FIRST SET OF REQUESTS FOR ADMISSION PROPOUNDED BY DEFENDANT WILL ADAMS TO PLAINTIFF GEORGE CLINTON** on the parties in this action by serving:

**PLEASE SEE ATTACHED SERVICE LIST**

**(X) By Envelope** - by placing **( )** the original **(X)** a true copy thereof enclosed in sealed envelopes addressed as above and delivering such envelopes:

**(XXX) By Mail:** As follows: I am "readily familiar" with this firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Santa Monica, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

**( ) By Personal Service:** I delivered such envelope by hand to the offices of the addressee(s).

**(XXX) By Federal Express:** I caused the envelope(s) to be delivered to the Federal Express depository at 2001 Wilshire Blvd., Santa Monica, California 90403, on November 9, 2011, for delivery on the next-business-day basis to the offices of the addressee(s).

**() By Facsimile Transmission:** On __________________, I caused the above-named document to be transmitted by facsimile transmission, from fax number 310.315.1557, to the offices of the addressee(s) at the facsimile number(s) so indicated above. The transmission was reported as complete and without error. A copy of the transmission report properly issued by the transmitting facsimile machine is attached hereto.

Executed on November 9, 2011, at Santa Monica, California.

(X) **FEDERAL** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

[signature]

MARIA D. WILSON

**SERVICE LIST**

**VIA REGULAR MAIL**

Linda M. Burrow, Esq.
Heather Pearson, Esq.
CALDWELL LESLIE & PROCTOR, PC
1000 Wilshire Blvd., Suite 600
Los Angeles, CA 90017
burrow@caldwell-leslie.com
pearson@caldwell-leslie.com
Fax: (213) 629-9022

**VIA FEDERAL EXPRESS**

Larry Haakon Clough
Larry Haakon Clough Law Offices
21757 Devonshire Street, Suite 2
Chatsworth, CA 91311
lhclough@sbcglobal.net
Fax: (818) 709-8372

**VIA REGULAR MAIL**

Alec W. Farr, Esq.
Bryan Cave LLP
1155 F Street, NW
Washington, DC 20004
awfarr@bryancave.com
Fax: (202) 508-6200

**VIA REGULAR MAIL**

Jonathan S. Pink, Esq.
Bryan Cave LLP
3161 Michelson Dr., Suite 1500
Irvine, CA 92612
jonathan.pink@bryancave.com
Fax: (949) 223-7100

**VIA FEDERAL EXPRESS**

Jeffrey P. Thennisch, Esq.
Dobrusin & Thennisch PC
29 West Lawrence Street, Suite 210
Pontiac, MI 48342
jeff @patentco.com
Fax: (248) 292-2910

**VIA REGULAR MAIL**

Kara E. F. Cenar, Esq.
Mariangela Seale, Esq.
Bryan Cave LLP
161 North Clark Street, Suite 4300
Chicago, IL 60601
kara.cenar@bryancave.com
Fax: (312) 602-5050

**VIA REGULAR MAIL**

Mary H. Haas, Esq.
Davis Wright Tremaine LLP
865 S. Figueroa Street, Suite 2400
Los Angeles, CA 90017
maryhaas @dwt.com
Fax: (213) 633-6899

**FedEx Express US Airbill** FedEx Tracking Number 8535 0628 0813

**Sender's Copy**

**1 From** Please print and press hard.

Date 11-9-11 Sender's FedEx Account Number 2757-9284-5

Sender's Name Allen Grodsky Phone (310) 315-3009

Company GRODSKY & OLECKI LLP

Address 2001 WILSHIRE BLVD STE 210 Dept./Floor/Suite/Room

City SANTA MONICA State CA ZIP 90403

**2 Your Internal Billing Reference** First 24 characters will appear on invoice. 7179-002 OPTIONAL

**3 To**

Recipient's Name Larry Clough Phone ( )

Company Larry Haakon Clough Law Office

Recipient's Address
We cannot deliver to P.O. boxes or P.O. ZIP codes. Dept./Floor/Suite/Room

Address 21757 Devonshire St #2
To request a package be held at a specific FedEx location, print FedEx address here.

City Chatsworth State CA ZIP 91311

0316808091

Try online shipping at fedex.com

By using this Airbill you agree to the service conditions on the back of this Airbill and in the current FedEx Service Guide, including terms that limit our liability.
**Questions? Go to our Web site at fedex.com**
or call 1.800.GoFedEx 1.800.463.3339.

**4a Express Package Service** To add SATURDAY Delivery, see Section 6. *Packages up to 150 lbs.* *To most locations.

- [x] FedEx Priority Overnight — Next business morning.*
- [ ] FedEx Standard Overnight — Next business afternoon.*
- [ ] FedEx First Overnight — Earliest next business morning delivery to select locations.*
- [ ] FedEx 2Day — Second business day.*
- [ ] FedEx Express Saver — Third business day.*

FedEx Envelope rate not available. Minimum charge: One-pound rate.

**4b Express Freight Service** To add SATURDAY Delivery, see Section 6. *Packages over 150 lbs.* ** To most locations.

- [ ] FedEx 1Day Freight* — Next business day.**
- [ ] FedEx 2Day Freight — Second business day.**
- [ ] FedEx 3Day Freight — Third business day.**

* Call for Confirmation:

**5 Packaging** * Declared value limit $500.

- [x] FedEx Envelope*
- [ ] FedEx Pak* — Includes FedEx Small Pak, FedEx Large Pak, and FedEx Sturdy Pak.
- [ ] FedEx Box
- [ ] FedEx Tube
- [ ] Other

**6 Special Handling** Include FedEx address in Section 3.

- [ ] SATURDAY Delivery — Available ONLY for FedEx Priority Overnight, FedEx 2Day, FedEx 1Day Freight, and FedEx 2Day Freight to select ZIP codes.
- [ ] HOLD Weekday at FedEx Location — NOT Available for FedEx First Overnight.
- [ ] HOLD Saturday at FedEx Location — Available ONLY for FedEx Priority Overnight and FedEx 2Day to select locations.

Does this shipment contain dangerous goods? One box must be checked.

- [ ] No
- [ ] Yes — As per attached Shipper's Declaration.
- [ ] Yes — Shipper's Declaration not required.
- [ ] Dry Ice — Dry Ice, 9, UN 1845 ____ x ____ kg
- [ ] Cargo Aircraft Only

Dangerous goods (including dry ice) cannot be shipped in FedEx packaging.

**7 Payment** *Bill to:* Enter FedEx Acct. No. or Credit Card No. below.

- [x] Sender — Acct. No. in Section 1 will be billed.
- [ ] Recipient
- [ ] Third Party
- [ ] Credit Card
- [ ] Cash/Check

FedEx Acct. No. / Credit Card No. Exp. Date

Total Packages | Total Weight | Total Declared Value† $ .00 | FedEx Use Only

†Our liability is limited to $100 unless you declare a higher value. See back for details.

**8 *NEW* Residential Delivery Signature Options** If you require a signature, check Direct or Indirect.

- [x] No Signature Required — Package may be left without obtaining a signature for delivery.
- [ ] Direct Signature — Anyone at recipient's address may sign for delivery. Fee applies.
- [ ] Indirect Signature — If no one is available at recipient's address, anyone at a neighboring address may sign for delivery. Fee applies.

519

Rev. Date 5/05 • Part #158279 • ©1994–2005 FedEx • PRINTED IN U.S.A. • SRF

**FedEx. Express US Airbill**

FedEx Tracking Number 8535 0628 0824

**Sender's Copy**

**1 From** Please print and press hard.

Date 11-9-11 Sender's FedEx Account Number 2757-9284-5

Sender's Name Allen Grodsky Phone (310) 315-3009

Company GRODSKY & OLECKI LLP

Address 2001 WILSHIRE BLVD STE 210 Dept./Floor/Suite/Room

City SANTA MONICA State CA ZIP 90403

**2 Your Internal Billing Reference** First 24 characters will appear on invoice. 7179-OOD (OPTIONAL)

**3 To**

Recipient's Name Jeffrey Thennisch Phone ( )

Company Dobrusin & Thennisch

Recipient's Address
We cannot deliver to P.O. boxes or P.O. ZIP codes. Dept./Floor/Suite/Room

Address 29 West Lawrence St #210
To request a package be held at a specific FedEx location, print FedEx address here.

City Pontiac State MI ZIP 48342

0316808091

**Try online shipping at fedex.com.**

By using this Airbill you agree to the service conditions on the back of this Airbill and in the current FedEx Service Guide, including terms that limit our liability.
**Questions? Go to our Web site at fedex.com**
or call 1.800.GoFedEx 1.800.463.3339.

**4a Express Package Service** To add SATURDAY Delivery, see Section 6. *Packages up to 150 lbs.* *To most locations.

- [x] FedEx Priority Overnight — Next business morning.*
- [ ] FedEx Standard Overnight — Next business afternoon.*
- [ ] FedEx First Overnight — Earliest next business morning delivery to select locations.*
- [ ] FedEx 2Day — Second business day.*
- [ ] FedEx Express Saver — Third business day.*

FedEx Envelope rate not available. Minimum charge: One-pound rate.

**4b Express Freight Service** To add SATURDAY Delivery, see Section 6. *Packages over 150 lbs.* **To most locations.

- [ ] FedEx 1Day Freight* — Next business day.**
- [ ] FedEx 2Day Freight — Second business day.**
- [ ] FedEx 3Day Freight — Third business day.**

* Call for Confirmation:

**5 Packaging** * Declared value limit $500.

- [x] FedEx Envelope*
- [ ] FedEx Pak* — Includes FedEx Small Pak, FedEx Large Pak, and FedEx Sturdy Pak.
- [ ] FedEx Box
- [ ] FedEx Tube
- [ ] Other

**6 Special Handling** Include FedEx address in Section 3.

- [ ] SATURDAY Delivery — Available ONLY for FedEx Priority Overnight, FedEx 2Day, FedEx 1Day Freight, and FedEx 2Day Freight to select ZIP codes.
- [ ] HOLD Weekday at FedEx Location — NOT Available for FedEx First Overnight.
- [ ] HOLD Saturday at FedEx Location — Available ONLY for FedEx Priority Overnight and FedEx 2Day to select locations.

Does this shipment contain dangerous goods? One box must be checked.

- [ ] No
- [ ] Yes — As per attached Shipper's Declaration.
- [ ] Yes — Shipper's Declaration not required.
- [ ] Dry Ice — Dry Ice, 9, UN 1845 ____ x ____ kg
- [ ] Cargo Aircraft Only

Dangerous goods (including dry ice) cannot be shipped in FedEx packaging.

**7 Payment** *Bill to:* Enter FedEx Acct. No. or Credit Card No. below.

- [x] Sender — Acct. No. in Section 1 will be billed.
- [ ] Recipient
- [ ] Third Party
- [ ] Credit Card
- [ ] Cash/Check

FedEx Acct. No. Credit Card No. Exp. Date

| Total Packages | Total Weight | Total Declared Value† |
| --- | --- | --- |
| | | $ .00 |

FedEx Use Only

†Our liability is limited to $100 unless you declare a higher value. See back for details.

**8 NEW Residential Delivery Signature Options** If you require a signature, check Direct or Indirect.

- [x] No Signature Required — Package may be left without obtaining a signature for delivery.
- [ ] Direct Signature — Anyone at recipient's address may sign for delivery. Fee applies.
- [ ] Indirect Signature — If no one is available at recipient's address, anyone at a neighboring address may sign for delivery. Fee applies.

519

Rev. Date 5/05•Part #158279•©1994–2005 FedEx•PRINTED IN U.S.A.•SRF