1  GRODSKY & OLECKI LLP
   Allen B. Grodsky (SBN 111064)
2  John Metzidis (SBN 259464)
   2001 Wilshire Blvd., Ste. 210
3  Santa Monica, California 90403
   310.315.3009 (phone)
4  310.315.1557 (fax)
   allen@grodsky-olecki.com
5  john@grodsky-olecki.com

6  Attorneys for Defendants Adams, Pineda,
   Gomez, Ferguson, will.i.am music, inc.
7  and Tab Magnetic, Inc.

8  (*Additional counsel listed on
   second page*)

9

10              UNITED STATES DISTRICT COURT

11              CENTRAL DISTRICT OF CALIFORNIA

12

13  GEORGE CLINTON, an individual,          )   Case No. CV 10-9476 ODW (PLAx)
                                            )
14              Plaintiff,                   )
                                            )
15       v.                                  )   Honorable Otis D. Wright II, Ctrm 11
                                            )
16  WILL ADAMS, p/k/a will.i.am,            )   **NOTICE OF SETTLEMENT AND**
    individually and d/b/a WILL.I.AM MUSIC  )   **STIPULATION TO VACATE**
17  PUBLISHING, an individual; ALLAN        )   **ORDER TO SHOW CAUSE,**
    PINEDA, p/k/a apl.de.ap, individually and )   **FINAL PRE-TRIAL**
18  d/b/a JEEPNEY MUSIC PUBLISHING,         )   **CONFERENCE AND TRIAL**
    an individual; JAIME GÓMEZ, p/k/a       )   **DATES**
19  Taboo, individually and d/b/a NAWASHA   )
    NETWORKS PUBLISHING, an                 )   [*Proposed Order Lodged*
20  individual; STACY FERGUSON, p/k/a       )   *Concurrently Herewith*]
    Fergie, an individual; GEORGE PAJON,    )
21  JR., an individual; JOHN CURTIS, an     )   Trial:
    individual; UNIVERSAL MUSIC             )   Date:    June 5, 2012
22  GROUP, INC., a Delaware corporation;    )   Time:    9:00 a.m.
    UMG RECORDINGS, INC., a Delaware        )   Place:   Courtroom 11
23  corporation; WILL I AM MUSIC, INC., a   )
    California corporation; CHERRY LANE     )   Final Pre-Trial Conference:
24  MUSIC PUBLISHING COMPANY, INC.,         )   Date:    May 22, 2012
    a New York corporation; EL CUBANO       )   Time:    10:00 a.m.
25  MUSIC, INC., a California corporation;   )   Place:   Courtroom 11
    EMI BLACKWOOD MUSIC INC., a             )
26  Connecticut corporation; TAB            )
    MAGNETIC, INC., a California            )
27  corporation; and DOES 1 through 10,     )
                                            )
28              Defendants.                  )
    _____      )

1    JEFFREY P. THENNISCH
     (Michigan Bar Number P51499)
2    (appearing Pro Hac Vice)
     jeff@patentco.com
3    DOBRUSIN THENNISCH PC
     29 West Lawrence Street, Suite 210
4    Pontiac, Michigan 48342
     Telephone:  (248) 292-2920
5    Facsimile:  (248) 292-2910

6    Attorney for Plaintiff
     George Clinton
7

8    CALDWELL LESLIE & PROCTOR, PC
     LINDA M. BURROW, State Bar No. 194668
9      burrow@caldwell-leslie.com
     ALISON MACKENZIE, State Bar No. 242280
10     mackenzie@caldwell-leslie.com
     1000 Wilshire Boulevard, Suite 600
11   Los Angeles, California 90017-2463
     Telephone:  (213) 629-9040
12   Facsimile:  (213) 629-9022

13   Attorneys for Defendant
     UMG Recordings, Inc.
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

TO THE HONORABLE COURT, ALL INTERESTED PARTIES, AND THEIR ATTORNEYS OF RECORD:

Plaintiff George Clinton ("Plaintiff") and Defendants William Adams, Allan Pineda, Jaime Gomez, Stacy Ferguson, will.i.am music, inc., Tab Magnetic, Inc., and UMG Recordings, Inc. (also erroneously sued as "Universal Music Group, Inc.") ("Defendants," and together with Plaintiff, the "Parties"), by and through their respective attorneys of record, stipulate as follows:

WHEREAS, on April 27, 2012, the Parties participated in a full-day of mediation through the Court's Alternative Dispute Resolution Program;

WHEREAS, following the April 27 mediation, the Parties continued their settlement negotiations with the assistance of the Court's ADR Program Director;

WHEREAS, the Parties have now reached a settlement in principle to resolve this entire action, and have executed a Memorandum of Understanding and Settlement to that effect;

WHEREAS, the Parties need additional time to finalize and memorialize a long-form version of the settlement agreement;

WHEREAS, the Plaintiff needs additional time to prepare a motion or application for Court-approval of the settlement, or to obtain consent to the settlement from Plaintiff's lien-holders;

WHEREAS, the Court issued an order to show cause no later than May 21, 2012 why Defendant will.i.am music, inc., should not have default judgment entered against it; and

WHEREAS, a Final Pre-Trial Conference is presently scheduled for May 22, 2012, at 10:00 a.m., and a trial is presently scheduled for June 5, 2012, at 9:00 a.m.;

//

//

//

//

-1-

IT IS HEREBY STIPULATED, by and between the Parties through their respective undersigned counsel, subject to approval by the Court, that:

1.    The Court's order to show cause no later than May 21, 2012 why Defendant will.i.am music, inc. should not have default judgment entered against it is vacated;

2.    The Final Pre-Trial Conference presently scheduled for May 22, 2012 is vacated;

3.    The trial date presently scheduled for June 5, 2012 is vacated; and

4.    Within 21 days of the date of entry of an order approving this stipulation, the Parties shall submit a Joint Status Report regarding the status of their efforts to memorialize a long-form agreement, and the status of Plaintiff's efforts to obtain approval of the settlement from the Court or Plaintiff's lien-holders.

IT SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated:  May 14, 2012               GRODSKY & OLECKI LLP
Allen B. Grodsky
John Metzidis

By:      /s/ Allen B. Grodsky
           Allen B. Grodsky

Attorneys for Defendants
Adams, Pineda, Gomez, Ferguson, will.i.am music, inc., and Tab Magnetic, Inc.

Dated: May 14, 2012              DOBRUSIN THENNISCH, PC
Jeffrey P. Thennisch

By:  /s/ Jeffrey P. Thennisch (w/ permission)
      Jeffrey P. Thennisch

Attorneys for Plaintiff George Clinton

1    Dated:  May 14, 2012          CALDWELL, LESLIE & PROCTOR PC
2                                  Linda M. Burrow
                                   Alison Mackenzie
3

4                                  By:  /s/ Linda M. Burrow (w/ permission)
                                        Linda M. Burrow
5

6                                  Attorneys for Defendant UMG Recordings,
                                   Inc., both a named defendant and erroneously
7                                  sued as "Universal Music Group, Inc."

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28