1
2
3
4
5
6
7
8
9

10                    UNITED STATES DISTRICT COURT

11                    CENTRAL DISTRICT OF CALIFORNIA

12

| | |
|---|---|
| 13  GEORGE CLINTON, an individual, | ) Case No. CV 10-9476 ODW (PLAx) |
| 14           Plaintiff, | ) |
| | ) Honorable Otis D. Wright II, Ctrm 11 |
| 15       v. | ) |
| 16  WILL ADAMS, p/k/a will.i.am, | ) **[PROPOSED] ORDER** |
|     individually and d/b/a WILL.I.AM MUSIC | ) **VACATING ORDER TO SHOW** |
| 17  PUBLISHING, an individual; ALLAN | ) **CAUSE, FINAL PRE-TRIAL** |
|     PINEDA, p/k/a apl.de.ap, individually and | ) **CONFERENCE AND TRIAL** |
| 18  d/b/a JEEPNEY MUSIC PUBLISHING, | ) **DATES** |
|     an individual; JAIME GÓMEZ, p/k/a | ) |
| 19  Taboo, individually and d/b/a NAWASHA | ) |
|     NETWORKS PUBLISHING, an | ) |
| 20  individual; STACY FERGUSON, p/k/a | ) |
|     Fergie, an individual; GEORGE PAJON, | ) |
| 21  JR., an individual; JOHN CURTIS, an | ) |
|     individual; UNIVERSAL MUSIC | ) |
| 22  GROUP, INC., a Delaware corporation; | ) |
|     UMG RECORDINGS, INC., a Delaware | ) |
| 23  corporation; WILL I AM MUSIC, INC., a | ) |
|     California corporation; CHERRY LANE | ) |
| 24  MUSIC PUBLISHING COMPANY, INC., | ) |
|     a New York corporation; EL CUBANO | ) |
| 25  MUSIC, INC., a California corporation; | ) |
|     EMI BLACKWOOD MUSIC INC., a | ) |
| 26  Connecticut corporation; TAB | ) |
|     MAGNETIC, INC., a California | ) |
| 27  corporation; and DOES 1 through 10, | ) |
| 28           Defendants. | ) |
|     _____ | ) |

PURSUANT TO STIPULATION OF THE PARTIES, AND GOOD CAUSE APPEARING, THE COURT HEREBY ORDERS AS FOLLOWS:

1. The Parties' Notice of Settlement and Stipulation to Vacate Order to Show Cause, Final Pre-Trial Conference and Trial Dates is hereby APPROVED.
2. The Court's order to show cause no later than May 21, 2012 why Defendant will.i.am music, inc. should not have default judgment entered against is hereby VACATED.
3. The Final Pre-Trial Conference presently scheduled for May 22, 2012 is hereby VACATED.
4. The trial date presently scheduled for June 5, 2012 is hereby VACATED.
5. Within 21 days of the date of entry of this Order, the Parties shall submit a Joint Status Report regarding the status of their efforts to memorialize a long-form settlement agreement, and the status of Plaintiff's efforts to obtain approval of the settlement from the Court or Plaintiff's lien-holders.

IT SO ORDERED.

Dated: _____   _____
                                       Otis D. Wright II
                                 United States District Judge