UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| George Clinton,<br><br>  v.  Plaintiff(s) | CASE NUMBER<br><br>2:10-cv-09476-ODW -PLA |
|---|---|
| Will Adams, et al.,<br><br>       Defendant(s). | MEDIATION REPORT |

***Instructions:*** *The mediator shall file this Report within 5 days after the conclusion of a mediation session even if the negotiations continue. If the case later settles with the assistance of the mediator, the mediator shall file a subsequent Report.*

1. ☑ A mediation was held on (date): 4/27 - 5/11/2012 .

   ☐ A mediation did not take place because the case settled before the session occurred.

2. The individual parties and their respective trial counsel, designated corporate representatives, and/or representatives of the party's insurer:

   ☑ Appeared as required by Civil L.R. 16-15.5(b).
   ☐ Did not appear as required by Civil L.R. 16-15(b).
      ☐ Plaintiff or plaintiff's representative failed to appear.
      ☐ Defendant or defendant's representative failed to appear.
      ☐ Other:

3. Did the case settle?

   ☑ Yes, fully. *Pending approval of the Court or lienholder.*
   ☐ Yes, partially, and further facilitated discussions are **expected**. *(See No. 4 below.)*
   ☐ Yes, partially, and further facilitated discussions are **not** expected.
   ☐ No, and further facilitated discussions are expected. *(See No. 4 below.)*
   ☐ No, and further facilitated discussions are **not** expected.

4. If further facilitated discussions are expected, by what date will you check in with the parties? (date:) _____ .

Dated: 5/16/2012

Signature of Mediator
Gail Killefer
Name of Mediator (print)

The Mediator is to electronically file original document.

ADR-03 (01/12)                               MEDIATION REPORT                               Page 1 of 1