1  ROBERT J. ALLAN, ESQ.  (SBN 119010)
2  allan@rjallanlaw.com
3  ALLAN LAW GROUP P.C.
   22631 Pacific Coast Hwy, #388
4  Malibu, CA 90265
5  Telephone:  (310) 456-3024
   Facsimile:   (310) 317-0484
6
7  Affected Third Party
   (Former Counsel for Plaintiff GEORGE CLINTON)
8

9               UNITED STATES DISTRICT COURT
10               CENTRAL DISTRICT OF CALIFORNIA

11

12  GEORGE CLINTON, an individual,   )  CASE NO.  CV 10-09476 OWD
                                     )  (PLAx)
13              Plaintiff,           )
                                     )  The Honorable Otis D. Wright, II
14       vs.                         )
                                     )  **ORDER GRANTING THIRD**
15                                   )  **PARTY ALLAN LAW GROUP**
16  WILL ADAMS, p/k/a will.i.am,     )  **P.C.'s EX PARTE APPLICATION**
    individually, et al. ,           )  **TO FILE OPPOSITION**
17                                   )  **CONTAINING PLAINTIFF**
18              Defendants.          )  **GEORGE CLINTON AND**
                                     )  **ALLAN LAW GROUP'S**
19  _____  )  **FINANCIAL AND ATTORNEY**
20                                      **WORK PRODUCT MATERIALS**
21                                      **UNDER SEAL PURSUANT TO**
22                                      **LOCAL RULE 79-5.1**

23                                      Action Filed:  December 10, 2010

24                                      Hearing Date:  July 16, 2012
25
26
27
28
                                        1
   THIRD PARTY ALLAN LAW GROUP, PC's EX PARTE APPLICATION TO FILE
          OPPOSITION AND [PROPOSED] ORDERUNDER SEAL

The application of Third Party Allan Law Group P.C. to file under seal under Local Rule 79-5.1 its Opposition and supporting Declaration of Robert J Allan to Plaintiff George Clinton's Motion for Division and Distribution of Settlement Funds under Fed.R.Civ.P. 69(a) all containing financial and work product materials is hereby GRANTED.

Dated: June 26, 2012

_____
United States District Judge