ROBERT J. ALLAN, ESQ. (SBN 119010)
allan@rjallanlaw.com
ALLAN LAW GROUP P.C.
22631 Pacific Coast Hwy, #388
Malibu, CA 90265
Telephone: (310) 456-3024
Facsimile: (310) 317-0484

Affected Third Party
(Former Counsel for Plaintiff GEORGE CLINTON)

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE CLINTON, an individual,<br><br>                    Plaintiff,<br><br>        vs.<br><br>WILL ADAMS, p/k/a will.i.am, individually, et al.,<br><br>                    Defendants. | CASE NO. CV 10-09476 OWD (PLAx)<br><br>The Honorable Otis D. Wright, II<br><br>**AMENDED PROOF OF SERVICE PURSUANT TO L.R. 5-3.2** |

1  I am employed in the County of Los Angeles, State of California. I am
2  over the age of 18 and not a party to the within action. My business address is
3  22631 Pacific Coast Highway, #388, Malibu, California 90265.
4  On June 25, 2012, I served the foregoing document(s) described as:
5  1. **NOTICE OF MANUAL FILING**
6  I caused the above-entitled document to be served through the court's
7  CM/ECF website to all parties appearing on the electronic service list for the
8  above-entitled case. The service transmission was reported as complete and a
9  copy will be maintained with the original document in this office.
10 2. **THIRD PARTY ALLAN LAW GROUP P.C.'S EX PARTE**
11 **APPLICATION TO FILE OPPOSITION AND [PROPOSED]**
12 **ORDER CONTINAING CLINTON'S FINANCIAL AND**
13 **ATTORNEY WORK PRODUCT MATERIALS UNDER SEAL**
14 **PURSUANT TO LOCAL RULE 79-5.1;**
15 3. **[PROPOSED] ORDER GRANTING THIRD PARTY ALLAN**
16 **LAW GROUP P.C.'S EX PARTE APPLICATION TO FILE**
17 **OPPOSITION TO GEORGE CLINTON AND ALLAN LAW**
18 **GROUP'S FINANCIAL AND ATTORNEY WORK PRODUCT**
19 **MATERIALS UNDER SEAL PUSUANT TO LOCAL RULE 79-**
20 **5.1;**
21 4. **THIRD PARTY ALLAN LAW GROP P.C.'S OPPOSITION TO**
22 **PROPOSED DIVISION AND DISTRIBUTION OF SETTLEMENT**
23 **FUNDS UNDER FED.R.CIV.P. 69(a);**
24 5. **DECLARATION OF ROBERT J. ALLAN**
25
26
27
28

1  [X]  BY REGULAR MAIL: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Malibu, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit. (C.C.P. §1013(a)).

[X]  BY E-MAIL OR ELECTRONIC TRANSMISSION: Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed on the service list. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that transmission was unsuccessful.

on the interested parties listed below:

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on June 28, 2012 in Malibu, California.

_____
Shahla Mohajeri

# SERVICE LIST

Jeffrey P. Thenniscsh, Esq.
jeff@patentco.com
29 W. Lawrence Street, Suite 210
Pontiac, MI 48342
Tel: (248) 292-2920
Fax: (248) 292-2910

Mary H. Haas, Esq.
maryhaas@dwt.com
Davis Wright Tremaine LLP
865 South Figueroa St., Suite 2400
Los Angeles, CA 90017
Tel: (213) 633-6813
Fax: (213) 633-6899

Katherine Hendricks, Esq.
Kh@hllaw.com
Hendricks & Lewis PLLC
901 Fifth Avenue, Suite 4100
Seattle, WA 98164-201
Tel: (206) 624-1933
Fax: (206) 583-2716