| | |
|---|---|
| 1 | Katherine Hendricks (WSBA No. 14040) |
| 2 | Hendricks & Lewis PLLC |
|   | 901 Fifth Ave., Suite 4100 |
| 3 | Seattle, Washington 98164 |
|   | Telephone: (206) 624-1933 |
| 4 | Facsimile: (206) 583-2716 |

Mary H. Haas (State Bar No. 149770)
Davis Wright Tremaine LLP
865 S. Figueroa St., Suite 2400
Los Angeles, California 90017
Telephone: (213) 633-6800
Facsimile: (213) 633-6899

Attorneys for Judgment Lienholder
Hendricks & Lewis PLLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE CLINTON, an individual, | Case No. CV 10-09476 ODW (PLAx) |
| Plaintiff, | The Honorable Otis D. Wright, II |
| v. | **JUDGMENT LIENHOLDER HENDRICKS & LEWIS PLLC'S NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT** |
| WILL ADAMS, p/k/a will.i.am, individually, *et al.*, | |
| Defendants. | Action Filed: December 10, 2010 |

Notice is hereby given that Judgment Lienholder Hendricks & Lewis PLLC

("Hendricks & Lewis") hereby appeals to the United States Court of Appeals for

HENDRICKS & LEWIS'S NOTICE OF APPEAL - 1
{143461.DOCX }

1  the Ninth Circuit from the Order Granting Motion for Division and Distribution of

2  Settlement Funds Under Fed. R. Civ. P. 69(a), Dkt. #149, filed under seal on

3

4  August 7, 2012, in the above-captioned matter.

5      Attached to this Notice of Appeal as Exhibit A is Hendricks & Lewis's

6  Representation Statement pursuant to FED. R. APP. P. 12(b) and Ninth Circuit Rules

7

8  3-2(b) and 12-2.

9  DATED:  September 6, 2012        HENDRICKS & LEWIS PLLC

                                           By: /s/ Katherine Hendricks
                                           Katherine Hendricks (WSBA No. 14040)
                                           901 Fifth Avenue, Suite 4100
                                           Seattle, Washington 98164
                                           Telephone:  (206) 624-1933
                                           Facsimile:  (206) 583-2716
                                           Email:  kh@hllaw.com

                                           Attorneys for Judgment Lienholder
                                           Hendricks & Lewis PLLC

HENDRICKS & LEWIS'S NOTICE OF APPEAL - 2
{143461.DOCX }

**PROOF OF SERVICE**

I am employed in the County of Los Angeles, State of Califrnia.  I am over the age of eighteen and am not a party to this action.  My business address is 865 South Figueroa Street, Suite 2400, Los Angeles, CA 90017.

I hereby certify that on September 6, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.  I certify that, except as specified below, all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I further certify that I served a true copy of the foregoing by email and first class mail, postage prepaid, on the following:

>   Robert J. Allan
>   Allan Law Group P.C.
>   22631 Pacific Coast Highway, #388
>   Malibu, California 90265
>   Telephone:  (310) 456-3024
>   Facsimile:  (310) 317-0484
>   Email:  allan@rjallanlaw.com

Attorneys for Non-Party Allan Law Group P.C.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed September 6, 2012, at Los Angeles, California.

>   */s/ Ellen Duncan*
>   Ellen Duncan

HENDRICKS & LEWIS'S NOTICE OF APPEAL - 3
{143461.DOCX }

HENDRICKS & LEWIS PLLC
901 Fifth Avenue, Suite 4100
Seattle, Washington 98164
TEL: (206) 624-1933