# CIRCUIT RULE 3-2 REPRESENTATION STATEMENT

Pursuant to Ninth Circuit Rule 3-2(b), Judgment Lienholder Hendricks & Lewis PLLC hereby certifies that the parties and interested third parties in this case, and the names, addresses, and telephone numbers of their respective counsel are as follows:

**Appellant/Judgment Lienholder Hendricks & Lewis PLLC:**

Katherine Hendricks
Hendricks & Lewis PLLC
901 Fifth Avenue, Suite 4100
Seattle, Washington 98164
Telephone:  (206) 624-1933
Facsimile:  (206) 583-2716
Email:  kh@hllaw.com


Mary H. Haas
Davis Wright Tremaine LLP
865 S. Figueroa Street, Suite 2400
Los Angeles, California 90017
Telephone:  (213) 633-6800
Facsimile:  (213) 633-6899
Email:  maryhaas@dwt.com


**Plaintiff George Clinton:**

Jeffrey P. Thennisch
Dobrusin & Thennisch PC
29 W. Lawrence Street, Suite 210
Pontiac, Michigan 48342
Telephone:  (248) 292-2920
Facsimile:  (248) 292-2910
Email:  jeff@patentco.com

CIRCUIT RULE 3-2 REPRESENTATION STATEMENT - 1
{143460.DOCX }

HENDRICKS & LEWIS PLLC
901 Fifth Avenue, Suite 4100
Seattle, Washington 98164
TEL: (206) 624-1933

|   |   |
|---|---|
| 1 | Larry Haakon Clough |
| 2 | Larry Haakon Clough Law Offices |
|   | 21757 Devonshire Street, Suite 2 |
| 3 | Chatsworth, California 91311 |
| 4 | Telephone: (818) 709-8388 |
|   | Facsimile: (818) 709-8372 |
| 5 | Email: lhclough@sbcglobal.net |

**Defendant Will Adams:**

Allen B. Grodsky
Grodsky & Olecki LLP
2001 Wilshire Boulevard, Suite 210
Santa Monica, California 90403
Telephone: (310) 315-3009
Facsimile: (310) 315-1557
Email: allen@grodsky-olecki.com


Jonathan S. Pink
Bryan Cave LLP
3161 Michelson Drive, Suite 1500
Irvine, California 92612
Telephone: (949) 223-7000
Facsimile: (949) 223-7100
Email: jonathan.pink@bryancave.com


Alec W. Farr
Bryan Cave LLP
1155 F Street NW
Washington, DC 20004
Telephone: (202) 508-6000
Facsimile: (202) 508-6200
Email: awfarr@bryancave.com


Mariangela Seale
Bryan Cave LLP

CIRCUIT RULE 3-2 REPRESENTATION STATEMENT - 2
{143460.DOCX }

161 North Clark Street, Suite 4300
Chicago, Illinois 60601
Telephone:  (312) 602-5000
Facsimile:  (312) 602-5050
Email:  merili.seale@bryancave.com

**Defendant Allan Pineda:**

Allen B. Grodsky
Grodsky & Olecki LLP
2001 Wilshire Boulevard, Suite 210
Santa Monica, California 90403
Telephone:  (310) 315-3009
Facsimile:  (310) 315-1557
Email:  allen@grodsky-olecki.com

Jonathan S. Pink
Bryan Cave LLP
3161 Michelson Drive, Suite 1500
Irvine, California 92612
Telephone:  (949) 223-7000
Facsimile:  (949) 223-7100
Email:  jonathan.pink@bryancave.com

Alec W. Farr
Bryan Cave LLP
1155 F Street NW
Washington, DC 20004
Telephone:  (202) 508-6000
Facsimile:  (202) 508-6200
Email:  awfarr@bryancave.com

Mariangela Seale
Bryan Cave LLP
161 North Clark Street, Suite 4300
Chicago, Illinois 60601

CIRCUIT RULE 3-2 REPRESENTATION STATEMENT - 3
{143460.DOCX }

HENDRICKS & LEWIS PLLC
901 Fifth Avenue, Suite 4100
Seattle, Washington 98164
TEL: (206) 624-1933

Telephone: (312) 602-5000
Facsimile: (312) 602-5050
Email: merili.seale@bryancave.com

**Defendant Jaime Gomez:**

Allen B. Grodsky
Grodsky & Olecki LLP
2001 Wilshire Boulevard, Suite 210
Santa Monica, California 90403
Telephone: (310) 315-3009
Facsimile: (310) 315-1557
Email: allen@grodsky-olecki.com


Jonathan S. Pink
Bryan Cave LLP
3161 Michelson Drive, Suite 1500
Irvine, California 92612
Telephone: (949) 223-7000
Facsimile: (949) 223-7100
Email: jonathan.pink@bryancave.com


Alec W. Farr
Bryan Cave LLP
1155 F Street NW
Washington, DC 20004
Telephone: (202) 508-6000
Facsimile: (202) 508-6200
Email: awfarr@bryancave.com


Mariangela Seale
Bryan Cave LLP
161 North Clark Street, Suite 4300
Chicago, Illinois 60601
Telephone: (312) 602-5000
Facsimile: (312) 602-5050

CIRCUIT RULE 3-2 REPRESENTATION STATEMENT - 4
{143460.DOCX }

HENDRICKS & LEWIS PLLC
901 Fifth Avenue, Suite 4100
Seattle, Washington 98164
TEL: (206) 624-1933

Email: merili.seale@bryancave.com

**Defendant Stacy Ferguson:**

Allen B. Grodsky
Grodsky & Olecki LLP
2001 Wilshire Boulevard, Suite 210
Santa Monica, California 90403
Telephone: (310) 315-3009
Facsimile: (310) 315-1557
Email: allen@grodsky-olecki.com

Jonathan S. Pink
Bryan Cave LLP
3161 Michelson Drive, Suite 1500
Irvine, California 92612
Telephone: (949) 223-7000
Facsimile: (949) 223-7100
Email: jonathan.pink@bryancave.com

Alec W. Farr
Bryan Cave LLP
1155 F Street NW
Washington, DC 20004
Telephone: (202) 508-6000
Facsimile: (202) 508-6200
Email: awfarr@bryancave.com

Mariangela Seale
Bryan Cave LLP
161 North Clark Street, Suite 4300
Chicago, Illinois 60601
Telephone: (312) 602-5000
Facsimile: (312) 602-5050
Email: merili.seale@bryancave.com

CIRCUIT RULE 3-2 REPRESENTATION STATEMENT - 5
{143460.DOCX }

**Defendant George Pajon, Jr.:**

Jonathan S. Pink
Bryan Cave LLP
3161 Michelson Drive, Suite 1500
Irvine, California 92612
Telephone:  (949) 223-7000
Facsimile:  (949) 223-7100
Email:  jonathan.pink@bryancave.com


Alec W. Farr
Bryan Cave LLP
1155 F Street NW
Washington, DC 20004
Telephone:  (202) 508-6000
Facsimile:  (202) 508-6200
Email:  awfarr@bryancave.com


Mariangela Seale
Kara E F Cenar
Bryan Cave LLP
161 North Clark Street, Suite 4300
Chicago, Illinois 60601
Telephone:  (312) 602-5000
Facsimile:  (312) 602-5050
Email:  merili.seale@bryancave.com
Email:  kara.cenar@bryancave.com


**Defendant John Curtis:**

No counsel identified on docket.

**Defendants Universal Music Group, Inc. and UMG Recordings, Inc.:**

Linda M. Burrow
Caldwell Leslie & Proctor PC
1000 Wilshire Boulevard, Suite 600

CIRCUIT RULE 3-2 REPRESENTATION STATEMENT - 6
{143460.DOCX }

Los Angeles, California 90017
Telephone: (213) 629-9040
Facsimile: (213) 629-9022
Email: burrow@caldwell-leslie.com

**Defendant Will I Am Music, Inc.:**

Allen B. Grodsky
Grodsky & Olecki LLP
2001 Wilshire Boulevard, Suite 210
Santa Monica, California 90403
Telephone: (310) 315-3009
Facsimile: (310) 315-1557
Email: allen@grodsky-olecki.com

Jonathan S. Pink
Bryan Cave LLP
3161 Michelson Drive, Suite 1500
Irvine, California 92612
Telephone: (949) 223-7000
Facsimile: (949) 223-7100
Email: jonathan.pink@bryancave.com

Alec W. Farr
Bryan Cave LLP
1155 F Street NW
Washington, DC 20004
Telephone: (202) 508-6000
Facsimile: (202) 508-6200
Email: awfarr@bryancave.com

Mariangela Seale
Bryan Cave LLP
161 North Clark Street, Suite 4300
Chicago, Illinois 60601
Telephone: (312) 602-5000

CIRCUIT RULE 3-2 REPRESENTATION STATEMENT - 7
{143460.DOCX }

HENDRICKS & LEWIS PLLC
901 Fifth Avenue, Suite 4100
Seattle, Washington 98164
TEL: (206) 624-1933

Facsimile:  (312) 602-5050
Email:  merili.seale@bryancave.com


**Defendant Cherry Land Music Publishing Company, Inc.:**

Allen B. Grodsky
Grodsky & Olecki LLP
2001 Wilshire Boulevard, Suite 210
Santa Monica, California 90403
Telephone:  (310) 315-3009
Facsimile:  (310) 315-1557
Email:  allen@grodsky-olecki.com


Jonathan S. Pink
Bryan Cave LLP
3161 Michelson Drive, Suite 1500
Irvine, California 92612
Telephone:  (949) 223-7000
Facsimile:  (949) 223-7100
Email:  jonathan.pink@bryancave.com


Alec W. Farr
Bryan Cave LLP
1155 F Street NW
Washington, DC 20004
Telephone:  (202) 508-6000
Facsimile:  (202) 508-6200
Email:  awfarr@bryancave.com


Mariangela Seale
Bryan Cave LLP
161 North Clark Street, Suite 4300
Chicago, Illinois 60601
Telephone:  (312) 602-5000
Facsimile:  (312) 602-5050
Email:  merili.seale@bryancave.com

CIRCUIT RULE 3-2 REPRESENTATION STATEMENT - 8
{143460.DOCX }

HENDRICKS & LEWIS PLLC
901 Fifth Avenue, Suite 4100
Seattle, Washington 98164
TEL: (206) 624-1933

**Defendant El Cubano Music, Inc.:**

Jonathan S. Pink
Bryan Cave LLP
3161 Michelson Drive, Suite 1500
Irvine, California 92612
Telephone:  (949) 223-7000
Facsimile:  (949) 223-7100
Email:  jonathan.pink@bryancave.com

**Defendant EMI Blackwood Music Inc.:**

Jonathan S. Pink
Bryan Cave LLP
3161 Michelson Drive, Suite 1500
Irvine, California 92612
Telephone:  (949) 223-7000
Facsimile:  (949) 223-7100
Email:  jonathan.pink@bryancave.com


Alec W. Farr
Bryan Cave LLP
1155 F Street NW
Washington, DC 20004
Telephone:  (202) 508-6000
Facsimile:  (202) 508-6200
Email:  awfarr@bryancave.com


Mariangela Seale
Kara E F Cenar
Bryan Cave LLP
161 North Clark Street, Suite 4300
Chicago, Illinois 60601
Telephone:  (312) 602-5000
Facsimile:  (312) 602-5050

CIRCUIT RULE 3-2 REPRESENTATION STATEMENT - 9
{143460.DOCX }

|   |   |
|---|---|
| 1 | Email: merili.seale@bryancave.com |
| 2 | Email: kara.cenar@bryancave.com |

**Defendant Tab Magnetic, Inc.:**

Allen B. Grodsky
Grodsky & Olecki LLP
2001 Wilshire Boulevard, Suite 210
Santa Monica, California 90403
Telephone: (310) 315-3009
Facsimile: (310) 315-1557
Email: allen@grodsky-olecki.com


Jonathan S. Pink
Bryan Cave LLP
3161 Michelson Drive, Suite 1500
Irvine, California 92612
Telephone: (949) 223-7000
Facsimile: (949) 223-7100
Email: jonathan.pink@bryancave.com


Alec W. Farr
Bryan Cave LLP
1155 F Street NW
Washington, DC 20004
Telephone: (202) 508-6000
Facsimile: (202) 508-6200
Email: awfarr@bryancave.com


Mariangela Seale
Kara E F Cenar
Bryan Cave LLP
161 North Clark Street, Suite 4300
Chicago, Illinois 60601
Telephone: (312) 602-5000
Facsimile: (312) 602-5050

CIRCUIT RULE 3-2 REPRESENTATION STATEMENT - 10
{143460.DOCX }

HENDRICKS & LEWIS PLLC
901 Fifth Avenue, Suite 4100
Seattle, Washington 98164
TEL: (206) 624-1933

1     Email: merili.seale@bryancave.com
2     Email: kara.cenar@bryancave.com

3

4     **Non-Party Allan Law Group, PC:**

5     Robert J. Allan

6

7     Allan Law Group P.C.
    22631 Pacific Coast Highway, #388
8     Malibu, California 90265
    Telephone: (310) 456-3024
9     Facsimile: (310) 317-0484
    Email: allan@rjallanlaw.com

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CIRCUIT RULE 3-2 REPRESENTATION STATEMENT - 11
{143460.DOCX }

HENDRICKS & LEWIS PLLC
901 Fifth Avenue, Suite 4100
Seattle, Washington 98164
TEL: (206) 624-1933